UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-10248-CAS | Date | November 30, 2012 |
|---|---|---|---|
| Title | IN RE: LORECE WRIGHT | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Not present | Not present |

**Proceedings:**   **(In Chambers:) DEFENDANT'S MOTION TO STRIKE PLAINTIFF-APPELLANT'S OPENING BRIEF** (filed , 2012)

    Plaintiff-appellant Lorece Wright appealed the judgment entered against her in United States Bankruptcy Court, Central District of California to this Court on December 12, 2011.  Dkt. No. 1.  On October 1, 2012, an Opening Brief was filed on her behalf by her son, Anthony Wright, who has a separate appeal currently pending before this Court. Dkt. No. 23 at 19, 20 (signed as "Anthony Wright for Lorece Wright").  On November 9, 2012, an Amended Opening Brief was filed in this appeal, again by Anthony Wright acting on behalf of Lorece Wright.  Dkt. No. 35.

    Defendant-appellee Bayview Loan Servicing, LLC moves to strike the Opening and Amended Briefs because Anthony Wright, a non-lawyer, may not act on his mother's behalf.  Dkt. No. 28.[1]  The Court concludes that pursuant to California Business & Professions Code § 6125, no person may practice law in California unless that person is an active member of the State Bar.  Because Mr. Wright proceeds pro se in this Court, he may represent only himself and no other individuals.  Accordingly, the Court STRIKES plaintiff-appellant Lorece Wright's opening brief that Mr. Wright signed and submitted on her behalf.

/ / /

/ / /

---

    [1] Plaintiff-appellant opposed this motion by way of Mr. Wright on November 13, 2012.  Dkt. No. 33.  Defendant-appellee replied on November 19, 2012.  Dkt. No. 36.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

# CIVIL MINUTES - GENERAL

| Case No. | CV 11-10248-CAS | Date | November 30, 2012 |
|---|---|---|---|
| Title | IN RE: LORECE WRIGHT | | |

    The Court grants plaintiff-appellant **up to and including, January 2, 2013** to obtain legal counsel if she is unable to represent herself in this appeal.  Failure to do so may result in monetary sanctions or dismissal of this appeal for failure to prosecute.

    IT IS SO ORDERED.

|  |  | 00 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer | | CMJ | |